UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-03441 |
| LARRY D. HALL | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING DEBTOR TO OBTAIN CREDIT/INCUR DEBT**

This matter coming to be heard on the motion of the Debtor to obtain credit/incur debt; after due notice having been given and the opportunity for a hearing thereon and the Court being fully advised of the matter herein,

IT IS HEREBY ORDERED THAT:

The Debtor is permitted to incur financing in the amount not to exceed $231,280 for the purchase of real property located at 9304 South Vanderpoel Avenue, Chicago, Illinois 60643, with monthly payments not to exceed $1,284/mo for a term of 30 years. The interest rate shall not exceed 2.375%.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: April 08, 2021

**Prepared by:**